**UNITED STATES of America
Plaintiff—Appellee,**

v.

**Martin CARDENAS–RAMIREZ, aka Ramiro Cardenas–Gomez, Defendant—Appellant.**

No. 03–10069.
D.C. No. CR–02–00177–HDM.

United States Court of Appeals,
Ninth Circuit.

---

\* John Ashcroft, Attorney General, is substituted for the Immigration and Naturalization Service as the proper respondent. Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Aug. 11, 2003.*

Decided Aug. 20, 2003.

Before SCHROEDER, Chief Judge, and HAWKINS and TASHIMA, Circuit Judges.

## MEMORANDUM **

Ramiro Cardenas–Ramirez appeals the 60–month sentence imposed following his guilty plea to one count of unlawful reentry by a deported alien in violation of 8 U.S.C. § 1326(a).

Cardenas–Ramirez contends that his sentence in excess of two years is illegal and violates due process under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because at the plea hearing Cardenas–Ramirez admitted deportation but not removal, which, he says, is the exclusive condition precedent for enhanced punishment under the 1996 version of 8 U.S.C. § 1326(b)(2). We reject Cardenas–Ramirez's contention that *United States v. Lopez–Gonzalez,* 183 F.3d 933, 934 (9th Cir.1999) (concluding that any distinction between deportation and removal is legally insignificant for purposes of the 1996 version of § 1326), is not controlling. *See also United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000) (holding that *Apprendi* preserved the holding of *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), and rejecting contention that a § 1326(b)(2) enhancement re-

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

quires proof beyond a reasonable doubt of the prior aggravated felony conviction). The district court's judgment is therefore

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.